IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROHAN INGRAM,** | : | CIVIL ACTION NO. 1:06-0794 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **JONATHAN C. MINER,** | : | |
| Respondent | : | |

# ORDER

AND NOW, this 12th day of October, 2006, upon consideration of petitioner's motion to alter or amend judgment (Doc. 7), and the report of the magistrate judge (Doc. 8), to which petitioner has filed an objection (Doc. 9), recommending that the petition for writ of habeas corpus (Doc. 1) be dismissed, and, following an independent review of the record, it appearing that the petition for writ of habeas corpus (Doc. 1) was filed pursuant to 28 U.S.C. § 2241 and challenges a sentence imposed by the United States District Court for the Northern District of New York, see 28 U.S.C. § 2255 ("A prisoner in custody under sentence of a [district] court . . . claiming . . . that the sentence was imposed in violation of the Constitution or laws of the United States . . . may move the court which imposed the sentence to vacate, set aside or correct the sentence."), and that petitioner may challenge the validity of his sentence through a § 2255 motion in the district of sentencing pursuant to 28 U.S.C. § 2255, see id., and the court finding that petitioner has not demonstrated that the remedies available to him in a § 2255 motion are inadequate or ineffective, see id. ("An application for a writ of habeas corpus in behalf of a prisoner who is

authorized to apply for relief by motion pursuant to this section, shall not be entertained [by a court other than the sentencing court] . . . unless it . . . appears that the remedy by motion is inadequate or ineffective to test the legality of his detention."), it is hereby ordered that:

1. The report and recommendation of the magistrate judge (Doc. 8) is ADOPTED.

2. The motion to alter or amend judgment (Doc. 7) is DENIED.

3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

4. The Clerk of Court is directed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge